# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  24-537 (RC) |
| | : | |
| TROY VINCENT GARRETT, | : | |
| | : | |
| Defendant. | : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **May 6, 2025, at 2:00 p.m.** in Courtroom 23A;

2. the probation officers assigned to this case shall disclose the draft pre-sentence investigation reports to the parties no later than **April 1, 2025**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation reports to the probation officers no later than **April 15, 2025**;

4. the probation officers shall disclose to the parties and file with the Court the final pre-sentence investigation reports no later than **April 22, 2025**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **April 25, 2025**, with all responses (if any) due by **May 1, 2025**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  December 19, 2024                                              RUDOLPH CONTRERAS
                                                                                              United States District Judge