IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24-~~MJ-205~~ CR - 537 |
|  | : |  |
| v. | : | 18 USC § 231(a)(3) |
|  | : |  |
| TROY VINCENT GARRETT, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Troy Vincent Garrett, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Troy Vincent Garrett's Participation in the January 6, 2021, Capitol Riot*

8.      Troy Vincent Garrett ("GARRETT") is a 49-year old resident of Florida. Beginning no later than 2019, and continuing through the events of January 6, 2021, GARRETT was a member of the Proud Boys organization.

9.      The Proud Boys organization describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys

members routinely attend rallies, protests, and other events, some of which have resulted in violence involving members of the group. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

10.     GARRETT travelled to Washington, DC on January 5, 2021 in order to attend then-President Trump's scheduled rally on January 6, 2021.

11.     After attending the rally on the morning of January 6, 2021, GARRETT joined a group of approximately one hundred Proud Boys members near the Washington Monument shortly after 10 AM.

12.     Shortly after 10 AM, two leaders of the Proud Boys organization who were previously familiar to GARRETT marched the group, including GARRETT, away from the rally that was taking place near the Washington Monument.

13.     As the group marched toward the Capitol, the leaders of the march addressed the men, including GARRETT, through a megaphone—telling them that, in their view, the police and government had failed them. As the group walked past the west side of the Capitol at approximately 11:20 AM—more than an hour prior to the initial breach—one of the leaders announced, "We represent the spirit of 1776. If you haven't noticed, real men are here. We know what the oath is [unintelligible] to support and defend the Constitution . . . Let us remind those who have forgotten what that means."

14.     The marching group, including GARRETT, continued to the east side of the Capitol. While marching in close proximity to the west, north, and east sides of the U.S. Capitol Building, GARRETT directly observed both fencing and signage indicating that portions of the U.S. Capitol Grounds immediately surrounding the U.S. Capitol Building were closed to the public on January 6, 2021.

15.    Shortly before noon, the leaders of the march led the group back to the west side of the Capitol to a group of food trucks located at approximately 2nd Street and Constitution Avenue NW, arriving at approximately 12:10 PM. There the group stopped and waited for approximately thirty minutes.

16.    At approximately 12:45 PM, fifteen minutes before the certification of the Electoral College vote was scheduled to start, the leaders of the group again mustered the men, including GARRETT, into a column and marched them back towards the Capitol.

17.    The group marched directly to an area known as the Peace Circle, at the edge of the restricted portion of Capitol grounds, at approximately 12:50 PM. Prior to their arrival, the Peace Circle was uncrowded and relatively peaceful. The First Street pedestrian entrance to the Capitol, which was approximately 100 feet away, was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

18.    Upon arriving at the Peace Circle, one of the leaders of the march led the crowd in chants that included "USA!," "Where's Antifa", and "Whose Capitol? Our Capitol!"

19.    At 12:53 p.m., approximately one minute after the Proud Boys march leader led the "Whose Capitol? Our Capitol!" chant, the crowd surged forward towards a police barricade. The crowd quickly overwhelmed the line of officers at the barricades. The crowd trampled the barricades and advanced toward the Capitol building. As the police officers retreated and the barriers were breached, GARRETT walked onto Capitol grounds as part of the advancing crowd. GARRETT understood at the time that he was not permitted to be on Capitol grounds.

20.    As GARRETT and other rioters rushed up the First Street walkway, a group of uniformed USCP officers attempted to block the rioters' progress towards the U.S. Capitol Building by forming a temporary police line on the Lower West Plaza of the U.S. Capitol.

21.    As the number of rioters in the Lower West Plaza continued to grow, the outnumbered USCP officers in the Plaza retreated behind a waist-high black metal fence running north-to-south along the western part of the Lower West Plaza.

22.    After the USCP officers retreated behind the black metal fence, rioters, including members of the Proud Boys known to GARRETT, began to pull on the fence, breaking individual sections of the fence away from their supporting vertical fence posts. As rioters destroyed sections of the fence, GARRETT stood in close proximity to the fence.

23.    As rioters continued to pull on sections of the black metal fence, uniformed USCP officers on the other side of the fence verbally directed rioters to stop destroying the fence sections.

24.    After rioters successfully breached the black metal fence at multiple locations, the USCP police began to retreat into the southeast corner of the Lower West Plaza. Rioters, including GARRETT, followed the retreating officers.

25.    As the USCP officers in the southeast corner of the Lower West Plaza attempted to form another police line, GARRETT moved close to the officers, placing himself in the first ranks of the rioters being held back by the police.

26.    As USCP officers attempted to keep rioters from advancing beyond the police line, GARRETT approached another rioter who was standing directly in front of a uniformed USCP officer wielding a riot shield. The rioter was facing away from the USCP officer and using

his body weight to block the police line from pushing rioters back from the southeast corner of the Lower West Plaza.

27.    GARRETT placed his left hand on the rioter's right arm, then reached around the rioter and forcefully shoved the USCP officer's riot shield with his right hand.

28.    GARRETT shoved the USCP officer's shield with sufficient force to unbalance the officer, causing the officer to step backwards and release the riot shield with the officer's right hand as he attempted to regain his balance.

29.    Immediately after shoving the officer, GARRETT retreated further into the crowd of rioters, out of the reach of the officers in the police line.

30.    The USCP police line on the Lower West Plaza was eventually reinforced by Metropolitan Police Department (MPD) officers, and the combined group of officers temporarily pushed the crowd of rioters back and establishing a new temporary police line running approximately north-to-south across the middle of the Lower West Plaza, just east of the media tower on the plaza.

31.    As the USCP and MPD officers formed their new temporary police line, GARRETT remained in close proximity to the police line.

32.    While GARRETT was standing near the police line, a group of rioters carried a large blue billboard on a metal support frame, bearing the message "TRUMP 2020 KEEP AMERICA GREAT!" into the Lower West Plaza.

33.    After the billboard was brought into the Lower West Plaza, rioters began to collectively move it towards the police line, carrying it over their heads in order to throw it at the MPD and USCP officers on the plaza in an attempt to disrupt and break the police line.

34.     As rioters began to push the billboard into the police line, officers resisted their efforts, attempting to hold back the billboard by pushing against it with their hands.

35.     Seeing other rioters pushing the billboard into the police line, GARRETT moved closer to the police line, holding his phone in front of him with the billboard behind him, as though taking a selfie-style video or photograph.

36.     GARRETT then turned and approached the rioters pushing the billboard into the police line, and placed his right hand on the black backpack of another rioter who was actively pushing against the billboard, providing physical support to the rioter pushing on the billboard.

37.     As the rioters continued to push against the billboard in an effort to push it into or onto the police line, GARRETT moved slightly to the right, and then again placed his right hand onto the back of a different rioter who was actively pushing against the billboard, again providing physical support to a rioter pushing on the billboard.

38.     Rioters were ultimately successful in pushing the billboard into the police line. Subsequently, rioters successfully breached the police line, eventually compelling both USCP and MPD officers to abandon the Lower West Plaza and retreat up onto the Lower West Terrance and into the interior of the U.S. Capitol building.

39.     GARRETT eventually made his way back to the north and east sides of the U.S. Capitol, and remained inside of the restricted area of the U.S. Capitol grounds until after 4:00 PM.

### *Elements of the Offense*

40.     The parties agree that Civil Disorder, in violation of 18 USC § 231(a)(3), requires the following elements:

a. First, the defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

b. Second, at the time of the defendant's actual or attempted act, law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

c. Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

*Defendant's Acknowledgment*

41.      The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he forcibly, knowingly, voluntarily, and intentionally shoved a uniformed USCP officer who was attempting to hold back a large crowd of rioters on the Lower West Plaza of the U.S. Capitol Grounds. The defendant also admits that he subsequently provided physical support with his hand to the backs of rioters who were actively pushing a billboard into the temporary police line on the Lower West Plaza as officers in the police line were attempting to hold back rioters on the plaza.

42.      The defendant knowingly and voluntarily admits that his actions on the Lower West Plaza, as described above, contributed to a civil disorder, meaning a public disturbance involving acts of violence by groups of three or more persons, which (a) causes an immediate danger of injury to another individual, (b) causes an immediate danger of damage to another individual's property, (c) results in injury to another individual, or (d) results in damage to another individual's

property, and that the civil disorder at the U.S. Capitol Grounds on January 6, 2021 resulted in both injuries and damage to property.

43.    The defendant knowingly and voluntarily admits that his actions contributed to the obstruction of and adversely affected commerce, meaning commerce or travel between one state, including the District of Columbia, and any other state, including the District of Columbia, as well as commerce wholly within the District of Columbia. This adverse effect included, but was not limited to, various businesses in the District of Columbia being forced to close early on January 6, 2021 due to the curfew order issued in response to the civil disorder occurring at the U.S. Capitol Grounds.

44.    The defendant knowingly and voluntarily admits that his actions interfered with the conduct and performance of a federally protected function, meaning any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. The defendant knowingly and voluntarily admits that his interference with a federally protected function included, but was not limited to, interfering with the conduct and performance of the United States Capitol Police in their execution of their official duties, which include policing the U.S. Capitol Building and Grounds, and enforcing federal law and D.C. law in those areas, as well as interfering with the conduct and performance of the United States Secret Service in their execution of their official duties, which on January 6, 2021 included protecting Vice President Pence while he was presiding over the United States Senate inside the United States Capitol Building.

45.    The defendant admits that his actions on January 6, 2021 were knowing and voluntary, and not due to any mistake or accident.

Respectfully submitted,

MATTHEW M. GRAVES

United States Attorney
D.C. Bar No. 481052

By:    /s/ _____

Samuel White
Assistant United States Attorney
NC Bar No. 44908
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
202-431-4453
Samuel.white@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Troy Vincent Garrett, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/19/24

Troy Vincent Garrett
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/19/24

Kristy Militello
Attorney for Defendant